IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                      **CASE NO.: 1:04-CR-037-SPM**

**LATISHA CARTER,**

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 109) filed by the Government May 24, 2005, in which defense counsel requests a continuance in order to arrange a psychological evaluation of Defendant and permit her to continue her cooperation with the Government. The motion is unopposed.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue (doc. 109) is hereby *granted*.

2.    Sentencing is reset for **Monday, July 11, 2005** at **1:30 pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-fifth day of May, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao