IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00037-MP-AK

LATISHA LASHELLE CARTER,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 133, Motion to Continue Sentencing by Latisha Lashelle Carter. This Court held a telephone conference for this matter on Wednesday, June 29, 2005. Defendant seeks a 30 day continuance. The government did not object to the continuance.

**ORDERED AND ADJUDGED:**

Defendant's Motion to Continue Sentencing, Doc. 133, is GRANTED. Defendant's sentencing is rescheduled for Wednesday, August 17, 2005, at 1:30 P.M.

**DONE AND ORDERED** this _29th_ day of June, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge