IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                             CASE NO. 1:04-cr-00037-MP-AK

LATISHA LASHELLE CARTER,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 144, Motion to Continue Sentencing by Latisha Lashelle Carter. The Motion to Continue is granted, and sentencing is rescheduled for Thursday, September 22, 2005, at 9:30 a.m.

**DONE AND ORDERED** this __*17th*__ day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge