IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:04-cr-00037-MP-AK

LATISHA LASHELLE CARTER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 147, Motion to Continue Sentencing by Latisha Lashelle Carter. Defendant claims that her court approved expert will be unable to testify on the date currently scheduled for sentencing. Additionally, defendant claims that she is still assisting the Jacksonville Sheriff's Office as an informant. The government does not object to the motion.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's oral motion to continue sentencing is GRANTED. Defendant's sentencing is rescheduled for Thursday, December 1, 2005, at 1:30 P.M.

**DONE AND ORDERED** this ___*16th*___ day of September, 2005

           *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge